IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE LLC, ) | |
| ) | Case No. 08-CV-4178 |
| Plaintiff, ) | |
| ) | Judge Manning |
| vs. ) | |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## NOTIFICATION AS TO AFFILIATES

On behalf of Google Inc., and pursuant to Civil L.R. 3.2, the undersigned certifies that, as of this date, there is no affiliate or entity owning more than 5% of the corporation to report.

DATED: July 24, 2008

Respectfully submitted,

GOOGLE INC.

By: __/s/ Jonathan M. Cyrluk_____
One of Its Attorneys

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (fax)

Jonathan M. Cyrluk (ARDC No. 6210250)
STETLER & DUFFY, LTD
Firm No.: 35853
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 338-0200
(312) 338-0070 (fax)

Attorneys for Google Inc.