IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIMITNONE LLC, | ) | |
| | ) | Case No:  08 CV 4178 |
| Plaintiff, | ) | |
| | ) | Judge Manning |
| vs. | ) | |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Google Inc. states that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.


DATED:  July 28, 2008                    Respectfully submitted,

                                         GOOGLE INC.

                                         By:  ___/s/ Jonathan M. Cyrluk_____
                                             One of Its Attorneys

                                         Michael T. Zeller (ARDC No. 6226433)
                                         QUINN EMANUEL URQUHART OLIVER
                                          & HEDGES, LLP
                                         865 South Figueroa Street, 10th Floor
                                         Los Angeles, California 90017
                                         (213) 443-3000
                                         (213) 443-3100 (fax)

                                         Jonathan M. Cyrluk (ARDC No. 6210250)
                                         STETLER & DUFFY, LTD
                                         Firm No.:  35853
                                         11 South LaSalle Street, Suite 1200
                                         Chicago, Illinois 60603
                                         (312) 338-0200
                                         (312) 338-0070 (fax)

                                         Attorneys for Google Inc.