IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | Case No. 08-cv-04178<br><br>Honorable Blanche M. Manning |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 5, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Blanche M. Manning or any sitting judge in her stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2125 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiff's Motion For Leave to File Motion To Remand,* a copy of which is submitted herewith.

Dated: July 29, 2008

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
LIMITNONE, LLC

David A. Rammelt (#6203754)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070

CH01/PLATC/232875.1