IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE, LLC, a Delaware Limited Liability Company, | |
| Plaintiff, | Case No. 08-cv-04178 |
| v. | Honorable Blanche M. Manning |
| GOOGLE INC., a Delaware Corporation, | |
| Defendant. | |

**LIMITNONE, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, the Plaintiff, LIMITNONE, LLC., by and through its attorneys, Kelley Drye & Warren LLP, makes the following disclosure to the Court:

1. LIMITNONE, LLC has no parent or subsidiary corporations.

2. No publicly traded company owns more than 10% of stock in LIMITNONE, LLC.

Dated: July 29, 2008

/s/   Caroline C. Plater
One of the attorneys for Plaintiff,
LIMITNONE, LLC

David A. Rammelt (#6203754)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070