IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIMITNONE LLC, | ) | Hon. Blanche Manning |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-4178 |
| | ) | |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| GOOGLE INC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT GOOGLE INC.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER F.R.C.P. 12(b)(3) OR, IN THE ALTERNATIVE, <u>MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)</u>**

Defendant Google Inc. ("Google") respectfully moves this Court to dismiss the claims of Plaintiff LimitNone, LLC ("LimitNone" or "Plaintiff").  In support of its Motion, Google submits the accompanying Memorandum of Law and states as follows:

1.  This case concerns a dispute between LimitNone and Google, in which LimitNone alleges that Google misappropriated and copied LimitNone's software program during the parties' business relationship in 2007.

2.  That business relationship was governed by written contracts containing mandatory forum selection clauses in which LimitNone agreed—not once, but twice—to bring any suit regarding any and all disputes arising from that relationship in the California courts.

3.  Because LimitNone's present suit was filed in Illinois, in violation of the two mandatory forum selection clauses to which LimitNone agreed, Google respectfully requests that this action be dismissed for improper venue pursuant to Fed. R. Civ. P. 12(b)(3).  Alternatively, should the Court decline to dismiss this action for improper venue, the interests of justice warrant

transferring this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

WHEREFORE, for the reasons set forth in Google's Memorandum of Law in Support hereof, Google respectfully requests that the Court dismiss this action for improper venue, or in the alternative, transfer this case to the United States District Court for the Northern District of California (San Jose Division).

DATED:  July 30, 2008

Respectfully submitted,

GOOGLE INC.

By:  /s/ Rachel M. Herrick
       One of Its Attorneys

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (fax)

Rachel M. Herrick
*(Admitted Pro Hac Vice)*
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 (fax)

Jonathan M. Cyrluk (ARDC No. 6210250)
STETLER & DUFFY, LTD
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 338-0200
(312) 338-0070 (fax)

Attorneys for Google Inc.

22242/2588189.1

## **CERTIFICATE OF SERVICE**

      I, Rachel M. Herrick, an attorney, certify under penalty of perjury that I caused a copy of the forgoing document to be served on all counsel of record via the Court's CM/ECF online filing system this 30th day of July, 2008.

      /s/ Rachel M. Herrick

22242/2588189.1