IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIMITNONE LLC, | ) | Hon. Blanche Manning |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-4178 |
| | ) | |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| GOOGLE INC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

Please take notice that on Tuesday, August 5, 2008, at 11:00 a.m., Defendant Google Inc. shall appear before the Honorable Blanche Manning in Room 2125 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Google Inc.'s Motion to Dismiss for Improper Venue Under F.R.C.P. 12(b)(3) or, in the Alternative, Motion to Transfer Under 28 U.S.C. § 1404(a), copies of which were previously served on Plaintiff LimitNone, LLC via this Court's CM/ECF Online filing system.

DATED: July 30, 2008

Respectfully submitted,

GOOGLE INC.

By: /s/ Rachel M. Herrick
One of Its Attorneys

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (fax)

22242/2588192.1

Rachel M. Herrick
*(Admitted Pro Hac Vice)*
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 (fax)

Jonathan M. Cyrluk (ARDC No. 6210250)
STETLER & DUFFY, LTD
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 338-0200
(312) 338-0070 (fax)

Attorneys for Google Inc.

22242/2588192.1

## **CERTIFICATE OF SERVICE**

      I, Rachel M. Herrick, an attorney, certify under penalty of perjury that I caused a copy of the forgoing document to be served on all counsel of record via the Court's CM/ECF online filing system this 30th day of July, 2008.

                                                            /s/ Rachel M. Herrick