IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIMITNONE LLC, | ) | Hon. Blanche Manning |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-4178 |
| | ) | |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| GOOGLE INC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT GOOGLE INC.'S MOTION FOR RESTRICTING ORDER PURSUANT TO L.R. 26.2, AND FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED COPY OF EXHIBIT B TO ITS MOTION TO DISMISS PURSUANT TO L.R. 5.8**

Defendant Google Inc. ("Google") respectfully moves this Court pursuant to L.R. 5.8 and 26.2(b) for a restricting order permitting Google to file under seal an unredacted copy of Exhibit B to its concurrently filed Motion to Dismiss for Improper Venue under F.R.C.P. 12(b)(3) or, in the Alternative, Motion to Transfer under 28 U.S.C. § 1404(a) (hereinafter "Motion to Dismiss"). In support of this Motion, Google states as follows:

1. Exhibit B to Google's Motion to Dismiss is a redacted version of a contract between Plaintiff LimitNone and Google, entitled "Google Enterprise Professional Agreement" (the "GEP Agreement"), executed by LimitNone on or around March 9, 2007. Paragraph 6 of the GEP Agreement specifically states that "the terms of this Agreement" shall be considered "Confidential Information." Google considers the proprietary terms of the GEP Agreement to be confidential, and takes steps to ensure that those terms remain confidential.

2. Because the terms of the GEP Agreement are confidential and proprietary, Google now seeks a restricting order pursuant to L.R. 26.2 permitting it to file the complete and unredacted GEP Agreement under seal.

3.  Google submits that this motion is made in good faith and is not meant to restrict the public's access to court process or to information.

WHEREFORE, for the reasons set forth in Google's Memorandum of Law in Support hereof, Google respectfully requests that this Court issue a restricting order pursuant to L.R. 26.2 granting Google leave to file under seal an unredacted copy of Exhibit B to its Motion to Dismiss.

DATED: July 30, 2008                                Respectfully submitted,

                                                       GOOGLE INC.

                                                       By: /s/ Rachel M. Herrick
                                                            One of Its Attorneys

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (fax)

Rachel M. Herrick
*(Admitted Pro Hac Vice)*
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 (fax)

Jonathan M. Cyrluk (ARDC No. 6210250)
STETLER & DUFFY, LTD
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 338-0200
(312) 338-0070 (fax)

Attorneys for Google Inc.

## **CERTIFICATE OF SERVICE**

      I, Rachel M. Herrick, an attorney, certify under penalty of perjury that I caused a copy of the forgoing document to be served on all counsel of record via the Court's CM/ECF online filing system this 30th day of July, 2008.

                                                         /s/ Rachel M. Herrick