UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Limitnone LLC
      Plaintiff,

v.               Case No.: 1:08−cv−04178
              Honorable Blanche M. Manning

Google Inc.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

  MINUTE entry before the Honorable Blanche M. Manning: The court will consider Google's motion to dismiss [17] before Limitnone's motion to remand. Accordingly, briefing shall proceed as follows on the motion to dismiss: Limitnone's response is due August 19, 2008, and Google's reply is due September 2, 2008. The court will rule by mail. Limitnone's motion for leave to file a motion to remand [12] is denied without prejudice. It is premature, since Limitnone has not fully complied with the court's standing order, and in any event, the court declines to consider Limitnone's arguments about preemption unless and until it determines that venue is proper in Illinois. Limitnone may renew its motion if the court finds that venue is proper in Illinois. Google's motions to stay discovery [23] and for leave to file a document under seal [20] are granted. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.