IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIMITNONE LLC, | ) | Hon. Blanche Manning |
| Plaintiff, | ) ) ) | Case No. 08-cv-4178 |
| vs. | ) ) | Magistrate Judge Cox |
| GOOGLE INC, | ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO: David A. Rammelt
Matthew C. Luzadder
Caroline C. Plater
KELLEY DRYE & WARREN, LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606

PLEASE TAKE NOTICE that on August 4, 2008 we filed with the Clerk of the Court **EXHIBIT B TO DEFENDANT GOOGLE INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS FOR IMPROPER VENUE UNDER F.R.C.P. 12(b)(3) OR, IN THE ALTERNATIVE, MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)** (FILED UNDER SEAL).

### CERTIFICATE OF SERVICE

I, Henry M. Baskerville, an attorney, certify that I caused copies of the **NOTICE OF FILING** to be filed and served via the Court's CM/ECF System, and with respect to the documents filed under seal, filed in person, and to be served via messenger delivery to the persons indicated on this 4th day of August, 2008.

/s/ Henry M. Baskerville

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (fax)

Rachel M. Herrick
(*Admitted Pro Hac Vice*)
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 (fax)

Jonathan M. Cyrluk (ARDC No. 6210250)
Henry M. Baskeville (ARDC No. 6285712)
STETLER & DUFFY, LTD
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 338-0200
(312) 338-0070 (fax)

Attorneys for Google Inc.