IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 08-cv-04178<br><br>Honorable Blanche M. Manning |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 19, 2008, at 11:00 a.m**., or as soon thereafter as counsel may be heard, we shall appear before Judge Blanche M. Manning or any sitting judge in her stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2125 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiff's Motion For Reconsideration of August 4, 2008 Minute Order [Docket No. 27],* a copy of which is submitted herewith.

Dated:  August 12, 2008

/s/ Matthew C. Luzadder
One of the Attorneys for Plaintiff,
LIMITNONE, LLC

David A. Rammelt (#6203754)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that she caused the foregoing *Notice of Motion For Reconsideration of August 4, 2008 Minute Order [Docket No. 27]* to be electronically filed with the Clerk of the Court on August 12, 2008, using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

 s/ Matthew C. Luzadder
Matthew C. Luzadder