**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Limitnone LLC
                Plaintiff,

v.                                    Case No.: 1:08−cv−04178
                                            Honorable Blanche M. Manning

Google Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

       MINUTE entry before the Honorable Blanche M. Manning: Plaintiff's Motion for leave to file brief in excess of 15 pages [31] is granted in excess of five pages. Plaintiff's Motion for reconsideration of 8/4/2008 minute order(docket no. 27) [30] is entered. Defendant to respond to the motion for reconsideration by 8/26/2008. Plaintiff to reply by 9/2/2008. The Court will rule expeditiously. Ruling will be by mail unless otherwise notified. No appearance is necessary on 8/19/2009. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.