IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 08-cv-04178<br><br>Honorable Blanche M. Manning |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on August 19, 2008, we caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss, a copy of which is submitted herewith.

Dated: August 19, 2008

                                              /s/ Caroline C. Plater
                                              One of the Attorneys for Plaintiff,
                                              LIMITNONE, LLC

David A. Rammelt (#6203754)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 857-7070