IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE, LLC, a Delaware Limited Liability Company, | |
| Plaintiff, | Case No. 08-cv-04178 |
| v. | Honorable Blanche M. Manning |
| GOOGLE INC., a Delaware Corporation, | |
| Defendant. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 2, 2008, we caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's *Reply in Support of Its Motion For Reconsideration of August 4, 2008 Minute Order [Docket No. 27]*, a copy of which is submitted herewith.

Dated: September 2, 2008

/s/ Matthew C. Luzadder
One of the Attorneys for Plaintiff,
LIMITNONE, LLC

David A. Rammelt (#6203754)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 857-7070

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby deposes and states that he caused the foregoing *Reply in Support of Its Motion For Reconsideration of August 4, 2008 Minute Order [Docket No. 27]* and *Notice of Filing,* to be electronically filed with the Clerk of the Court on September 2, 2008, using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

 /s/ Matthew C. Luzadder _____
Matthew C. Luzadder