IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 08-cv-04178<br><br>Honorable Blanche M. Manning |

## **NOTICE OF FILING**

Please take notice that on Thursday, October 2, 2008, I caused to be filed with the Clerk in the above captioned Court, **Exhibit A to Plaintiff LimitNone, LLC's Emergency Motion to Stay Transfer Pending Appeal**, a copy of which is hereupon served on you via the Court's CM/ECF Online filing system.

Dated: October 2, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen A. Wood
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　LIMITNONE, LLC

David A. Rammelt (#6203754)
Stephen A. Wood (#6210458)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

CH01/WOODS/234853.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that he caused the foregoing *Notice of Filing and Exhibit A to Plaintiff LimitNone, LLC's Emergency Motion to Stay Transfer Pending Appeal* to be electronically filed with the Clerk of the Court on October 2, 2008, using the ECF system, hand delivered upon the Court, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

s/Stephen A. Wood
Stephen A. Wood
