IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIMITNONE LLC, ) | |
| ) | Case No. 08-cv-04178 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Hon. Blanche M. Manning |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

Please take notice that on Tuesday, October 7, 2008, at 11:00 a.m., Defendant Google Inc. shall appear before the Honorable Blanche Manning in Room 2125 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Google Inc.'s Motion to Extend the Responsive Pleading Deadline, a copy of which has been previously served on Plaintiff LimitNone, LLC via this Court's CM/ECF Online filing system.

DATED: October 2, 2008        Respectfully submitted,

                              GOOGLE INC.


                              By: /s/ Rachel M. Herrick_____
                                  One of Its Attorneys

                              Michael T. Zeller (ARDC No. 6226433)
                              QUINN EMANUEL URQUHART OLIVER
                               & HEDGES, LLP
                              865 South Figueroa Street, 10th Floor
                              Los Angeles, California 90017
                              (213) 443-3000
                              (213) 443-3100 (fax)

                              Rachel M. Herrick
                              (*Admitted Pro Hac Vice*)
                              QUINN EMANUEL URQUHART OLIVER
                               & HEDGES, LLP
                              555 Twin Dolphin Drive, Suite 560

22242/2654210.1

Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100 (fax)

Jonathan M. Cyrluk (ARDC No. 6210250)
STETLER & DUFFY, LTD
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 338-0200
(312) 338-0070 (fax)

Attorneys for Google Inc.

# **CERTIFICATE OF SERVICE**

       I, Rachel M. Herrick, an attorney, certify under penalty of perjury that I caused a copy of the forgoing document to be served on all counsel of record via the Court's CM/ECF online filing system this 2nd day of October, 2008.

                                                        /s/ Rachel M. Herrick
                                                        Rachel M. Herrick