Limitnone LLC v. Google Inc. Doc. 57

**FILED**
**OCTOBER 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

October 2, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3499
>
> Caption:
> IN RE:
>  LIMITNONE, LLC,
> Petitioner

> District Court No: 1:08-cv-04178
> Clerk/Agency Rep Michael Dobbins
> District Judge Blanche Manning

If you have any questions regarding this appeal, please call this office.

CC:

Blanche M. Manning

Michael W. Dobbins

Dockets.Justia.com

form name: **c7_Docket_Notice_short_form** (form ID: **188**)