Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4178 | **DATE** | 1/26/2009 |
| **CASE TITLE** | Limitnone, LLC vs. Google Inc. | | |

**DOCKET ENTRY TEXT**

In light of the Seventh Circuit's order denying the petition for a writ of mandamus, the stay of the court's transfer order is hereby lifted. The clerk is directed to transfer this case forthwith to the United States District Court for the Northern District of California.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Dockets.Justia.com