

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

January 27, 2009

U.S. District Court
Northern District of California
Internal Box 36060
San Francisco, CA 94102-3434

RE: Limitnone LLC v. Google Inc.
Case No: 08-cv-4178

Dear Clerk:

Pursuant to the order entered by the Honorable Blanche M. Manning on January 26, 2009 the above record:

- ■ was electronically transmitted to Northern District of California at San Francisco,

- ■ the following paper documents are being transferred to the court by certified mail, document number: 29.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

            Sincerely yours,

            Michael W. Dobbins, Clerk

       By:     /s/ Alexander A. Castaneda
                 Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties