**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. District Court
   Northern District of California
   Internal Box 36060
   San Francisco, CA 94102-3434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 1/29/09
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7312 6899

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08cv4178

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

United States District Court (08cv4178)
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604

RECEIVED
FEB 0 2 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
FEB 2 - 2009
2-2-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT